

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00228-CR

| | | |
|---|---|---|
| DEZNIK QUINSEAN PORTIS, Appellant | § | On Appeal from Criminal District Court No. 2 |
| | § | of Tarrant County (1522473D) |
| V. | § | December 19, 2019 |
| | § | Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the $400 unpronounced fine, and we modify the incorporated order to withdraw funds to reduce the authorized withdrawal amount by $400. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel